**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TERRI M. YATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-154 RLW |
| | ) | |
| SYMETRA LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that Plaintiff Terri M. Yates' Amended Complaint is

**DISMISSED without prejudice** for failure to exhaust administrative remedies.

Costs are assessed against Plaintiff.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 26th day of May, 2021.