# EXHIBIT 2

Case Name: Terri M. Yates v.Symetra Life Insurance
Case No. 4:19-cv-00154-RLW

**KANTOR & KANTOR ATTORNEY TIME SHEET - Cumulative**

|  |  | TOTAL TIME (hours) | 63.8 |
|---|---|---|---|
|  |  | TOTAL FEE | 45870 |

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/02/21 | Read new Yates decision for appealability | SM | 0.22 |
| 06/02/21 | Review ERISA Watch, read Yates Summary, discuss with partners potentially involving ourselves in the case | GRK | 1.2 |
| 06/02/21 | Research 8th Circuit law on imposing terms not in the plan, exhaustion of appeal wherein appeal language not in the plan. | GRK | 3.4 |
| 06/02/21 | Telephone conference with David Osborne re involvement in Yates case | GRK | 0.6 |
| 06/02/21 | Telephone call with Sally Mermelstein re same | GRK | 1 |
| 06/02/21 | Read new Yates decision for appealability | SM | 0.43 |
| 06/03/21 | Read pleadings and rules | SM | 0.47 |
| 06/04/21 | Read pleadings, research | SM | 0.95 |
| 06/04/21 | Read pleadings, research | SM | 0.12 |
| 06/04/21 | Research | SM | 0.4 |
| 06/04/21 | Research | SM | 0.3 |
| 06/04/21 | Research | SM | 0.55 |
| 06/04/21 | Analyze cases in and out of circuit | SM | 1.5 |
| 06/04/21 | Correspond with Missouri/Kansas city ERISA collegues | SM | 0.12 |
| 06/04/21 | Analyze cases in and out of circuit | SM | 0.38 |
| 06/05/21 | Analyze cases re: regs | SM | 0.38 |
| 06/05/21 | Analyze cases re: regs | SM | 0.58 |
| 06/05/21 | Analyze cases re: regs | SM | 0.78 |
| 06/07/21 | Read Court Record | SM | 0.22 |
| 06/07/21 | Read Court Record | SM | 0.88 |
| 06/08/21 | Read Court Record | SM | 0.32 |
| 06/08/21 | Draft motion | SM | 0.25 |
| 06/08/21 | Draft motion | SM | 1.08 |
| 06/09/21 | Draft motion | SM | 0.92 |
| 06/09/21 | Draft motion | SM | 0.48 |
| 06/09/21 | Draft motion | SM | 0.83 |
| 06/09/21 | Draft motion | SM | 1.33 |
| 06/10/21 | Draft motion | SM | 0.13 |
| 06/10/21 | Draft motion | SM | 0.5 |
| 06/10/21 | Draft motion | SM | 0.38 |
| 06/10/21 | Draft motion | SM | 0.45 |
| 06/10/21 | Draft motion | SM | 0.6 |
| 06/10/21 | Draft motion | SM | 0.45 |
| 06/10/21 | Draft motion | SM | 0.6 |
| 06/11/21 | Draft motion | SM | 0.75 |
| 06/11/21 | Draft motion | SM | 0.52 |
| 06/11/21 | Draft motion, email Yates' Counsel | SM | 0.68 |
| 06/11/21 | Draft motion | SM | 1.05 |
| 06/11/21 | Draft motion | SM | 0.03 |
| 06/13/21 | Draft motion | SM | 0.33 |
| 06/13/21 | Draft motion | SM | 0.5 |
| 06/13/21 | Draft motion | SM | 0.55 |
| 06/13/21 | Draft motion | SM | 0.62 |
| 06/14/21 | Edit Motion for Reconsideration, offer suggestions to SM | GRK | 2 |
| 06/14/21 | Draft motion | SM | 0.23 |

Case Name: Terri M. Yates v.Symetra Life Insurance
Case No. 4:19-cv-00154-RLW

**KANTOR & KANTOR ATTORNEY TIME SHEET - Cumulative**

|   |   | TOTAL TIME (hours) | 63.8 |
|---|---|---|---|
|   |   | TOTAL FEE | 45870 |

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/14/21 | Draft motion | SM | 1 |
| 06/14/21 | Draft motion | SM | 0.13 |
| 06/14/21 | Draft motion | SM | 0.62 |
| 06/14/21 | Draft motion | SM | 1.1 |
| 06/14/21 | Draft motion | SM | 0.53 |
| 06/14/21 | Edit motion | SM | 0.68 |
| 06/15/21 | Edit motion | SM | 0.78 |
| 06/15/21 | Edit motion, dicuss with attorney Osborne | SM | 1.18 |
| 06/15/21 | Draft motion | SM | 0.88 |
| 06/15/21 | Research | SM | 0.23 |
| 06/15/21 | Research | SM | 0.4 |
| 06/15/21 | Edit motion | SM | 0.67 |
| 06/17/21 | Incorporate Osborne edits | SM | 0.18 |
| 06/17/21 | Finalize Motion with Osborne | SM | 0.95 |
| 06/17/21 | Finalize Brief with para S. Peterson | SM | 0.5 |
| 06/25/21 | Read response memo from Symetra | SM | 0.18 |
| 06/25/21 | Read response memo from Symetra | GRK | 0.8 |
| 06/26/21 | Outline reply | SM | 0.43 |
| 06/26/21 | Draft reply | SM | 0.83 |
| 06/26/21 | Draft reply | SM | 0.45 |
| 06/26/21 | Draft reply | SM | 0.18 |
| 06/27/21 | Draft reply | SM | 1.37 |
| 06/27/21 | Draft reply | SM | 0.52 |
| 06/27/21 | Research | SM | 0.5 |
| 06/27/21 | Research | SM | 0.57 |
| 06/27/21 | Draft reply | SM | 0.48 |
| 06/28/21 | Draft reply | SM | 0.82 |
| 06/28/21 | Draft reply | SM | 0.55 |
| 06/28/21 | Draft reply | SM | 0.87 |
| 06/28/21 | Draft reply | SM | 0.95 |
| 06/28/21 | Draft reply | SM | 1.4 |
| 06/29/21 | Draft reply | SM | 0.5 |
| 06/29/21 | Draft reply | SM | 0.65 |
| 06/29/21 | Draft reply | SM | 0.5 |
| 06/29/21 | Draft reply | SM | 0.65 |
| 06/29/21 | Draft reply | SM | 0.38 |
| 06/29/21 | Draft reply | SM | 0.83 |
| 06/30/21 | Edit reply brief, offer suggestions to SM | GRK | 1.5 |
| 06/30/21 | TC with Osborne and SM | GRK | 0.4 |
| 06/30/21 | Draft reply | SM | 0.75 |
| 06/30/21 | TPC with Kantor and Osborne | SM | 0.82 |
| 07/01/21 | Incorporate Osborne edits, edit, proofread | SM | 0.4 |
| 07/01/21 | Incorporate Osborne edits, edit, proofread | SM | 0.37 |
| 07/01/21 | Edit, proofread | SM | 0.78 |
| 07/01/21 | Edit, proofread | SM | 0.22 |
| 07/01/21 | Edit, proofread | SM | 0.5 |
| 07/01/21 | Proofread reply | SM | 0.28 |
| 07/01/21 | Proofread reply | SM | 1.47 |
| 07/01/21 | Finalize/format reply | SM | 0.65 |
| 07/02/21 | Finalize/format reply | SM | 0.16 |
| 01/03/22 | TC with Osborne and SM | GRK | 1.2 |

Case Name: Terri M. Yates v.Symetra Life Insurance
Case No. 4:19-cv-00154-RLW

**KANTOR & KANTOR ATTORNEY TIME SHEET - Cumulative**

|  | TOTAL TIME (hours) | 63.8 |
|---|---|---|
|  | **TOTAL FEE** | 45870 |

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|

| Add atty/staff: | | | Hours | | Rate | Fee |
|---|---|---|---|---|---|---|
| person 1: | **Atty** | time | | | | |
| **Glenn R. Kantor** | GRK | >0 | 12.10 | | 800 | 9,680.00 |
| person 2 | **Atty** | | | | | |
| **Sally Mermelstei** | SM | >0 | 51.70 | | 700 | 36,190.00 |
| | | | | | | |
| | | **TOTALS** | **63.8** | | | **45,870.00** |